UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

In re: BODY RENEW WINCHESTER, LLC          § Case No. 19-50548
                                            §
                                            §
                                            §
Debtor(s)                                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

W. STEPHEN SCOTT, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $42,022.62                    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $188,329.10    Claims Discharged
                                                Without Payment: $0.00

Total Expenses of Administration: $122,793.24

3) Total gross receipts of $ 516,842.64 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 205,720.30 (see **Exhibit 2**), yielded net receipts of $311,122.34 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,512,165.00 | $944,298.66 | $59,567.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 48,551.47 | 48,551.46 | 48,551.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 123,225.91 | 74,241.78 | 74,241.78 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 305,101.59 | 329,306.66 | 308,816.04 | 188,329.10 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 390,627.32 | 715,145.97 | 625,819.20 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,207,893.91 | $2,160,528.67 | $1,116,995.48 | $311,122.34 |

4) This case was originally filed under Chapter 11 on June 27, 2019 and it was converted to Chapter 7 on February 27, 2020. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/15/2021        By: /s/W. STEPHEN SCOTT, TRUSTEE
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| United Bank DIP Operating Account | 1229-000 | 2,697.92 |
| Net Chpt. 11 Asset Sale Proceeds | 1229-000 | 514,144.72 |
| **TOTAL GROSS RECEIPTS** | | **$516,842.64** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Robert S. Stevens, Trustee for Body Renew Winchester, II, LL | Share of escrowed sale proceeds pursuant to Order#247 entered 8/6/20 | 8500-002 | 205,720.30 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$205,720.30** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Frederick County | 4220-000 | N/A | | 0.00 | 0.00 |
| 8 | United Leasing | 4210-000 | 261,748.00 | N/A | 59,567.00 | 0.00 |
| 9 | Bank of Clarke County | 4210-000 | 915,027.00 | 916,987.98 | 0.00 | 0.00 |
| 16S | Frederick County | 4220-000 | N/A | 11,610.02 | 0.00 | 0.00 |
| 16S-2 | Frederick County | 4220-000 | N/A | 12,512.98 | 0.00 | 0.00 |
| 16S-3 | Frederick County | 4220-000 | N/A | 3,187.68 | 0.00 | 0.00 |
| NOTFILED | ABC Financial Services, Inc. | 4210-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | RVNOW,LLC | 4210-000 | 335,390.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,512,165.00** | **$944,298.66** | **$59,567.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| U.S. Trustee Quarterly Fees - U.S. Trustee | 2950-000 | N/A | 6,825.62 | 6,825.62 | 6,825.62 |
| Other - KEITH A. SKINNER, CPA | 3410-000 | N/A | 5,937.50 | 5,937.50 | 5,937.50 |
| Trustee Expenses - W. STEPHEN SCOTT, TRUSTEE | 2200-000 | N/A | 481.10 | 481.10 | 481.10 |
| Trustee Compensation - W. STEPHEN SCOTT, TRUSTEE | 2100-000 | N/A | 18,806.12 | 18,806.12 | 18,806.12 |
| Other - HARLEYSVILLE LIFE INSURANCE | 2420-750 | N/A | 720.00 | 720.00 | 720.00 |
| Other - Gentry Locke Rakes & Moore LLP | 3210-000 | N/A | 686.76 | 686.75 | 686.75 |
| Other - Gentry Locke Rakes & Moore LLP | 3210-000 | N/A | 13,590.00 | 13,590.00 | 13,590.00 |
| Other - Mechanics Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Mechanics Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Mechanics Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Mechanics Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Mechanics Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Mechanics Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Mechanics Bank | 2600-000 | N/A | 479.65 | 479.65 | 479.65 |
| Other - Mechanics Bank | 2600-000 | N/A | 475.76 | 475.76 | 475.76 |
| Other - Mechanics Bank | 2600-000 | N/A | 518.96 | 518.96 | 518.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $48,551.47 | $48,551.46 | $48,551.46 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service | 6950-000 | N/A | 33,092.41 | 0.00 | 0.00 |
| Internal Revenue Service | 6950-000 | N/A | 32,992.41 | 32,992.41 | 32,992.41 |
| Campbell Flannery PC (ADMINISTRATIVE) | 6210-160 | N/A | 8,501.25 | 0.00 | 0.00 |
| Frederick County | 6820-000 | N/A | 4,193.56 | 4,193.56 | 4,193.56 |
| INTERNAL REVENUE SERVICE | 6950-720 | N/A | 930.48 | 930.48 | 930.48 |
| VIRGINIA DEPARTMENT OF TAXATION | 6950-720 | N/A | 180.45 | 180.45 | 180.45 |
| Williams Mullen | 6220-610 | N/A | 179.23 | 179.23 | 179.23 |
| LUCY L. THOMSON PLLC | 6220-610 | N/A | 55.00 | 55.00 | 55.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| LUCY L. THOMSON PLLC | 6210-600 | N/A | 5,670.00 | 5,670.00 | 5,670.00 |
| Williams Mullen | 6210-600 | N/A | 28,041.26 | 27,862.04 | 27,862.04 |
| Campbell Flannery PC (ADMINISTRATIVE) | 6210-160 | N/A | 9,052.50 | 1,841.25 | 1,841.25 |
| INTERNAL REVENUE SERVICE | 6950-730 | N/A | 258.90 | 258.90 | 258.90 |
| VIRGINIA EMPLOYMENT COMMISSION | 6950-730 | N/A | 78.46 | 78.46 | 78.46 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$123,225.91** | **$74,241.78** | **$74,241.78** |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Frederick County | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 5P | Internal Revenue Service | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 5P-2 | Internal Revenue Service | 5800-000 | 276,005.00 | 290,258.37 | 290,258.37 | 176,904.09 |
| 16P | Frederick County | 5800-000 | N/A | 10,202.93 | 0.00 | 0.00 |
| 16P-2 | Frederick County | 5800-000 | N/A | 10,287.69 | 0.00 | 0.00 |
| 16P-3 | Frederick County | 5800-000 | 10,295.59 | 15,419.43 | 15,419.43 | 9,397.70 |
| 22 | Amy Dow | 5300-000 | N/A | 3,138.24 | 3,138.24 | 2,027.31 |
| 24 | AMY DOW | 5300-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | VA Department of Taxation | 5800-000 | 18,801.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$305,101.59** | **$329,306.66** | **$308,816.04** | **$188,329.10** |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | Frederick County | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 3 | American Express National Bank | 7100-000 | 86,710.06 | 86,748.06 | 86,748.06 | 0.00 |
| 4 | Body Renew Winchester, LLC 401(k) Plan | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 5U | Internal Revenue Service | 7100-000 | N/A | 87,434.55 | 0.00 | 0.00 |
| 5U-2 | Internal Revenue Service | 7100-000 | N/A | 87,434.55 | 87,434.55 | 0.00 |
| 6 | Broadcast Music, Inc. | 7100-000 | 550.00 | 367.83 | 367.83 | 0.00 |
| 7 | United Leasing | 7100-000 | N/A | 202,181.79 | 202,189.79 | 0.00 |
| 10 | Delco Development | 7100-000 | 108,380.25 | 123,964.28 | 123,964.28 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | Loyal Hygiene Solutions | 7100-000 | 779.23 | 18,357.27 | 18,357.27 | 0.00 |
| 12 | Williams Mullen c/o Marc Purintun | 7100-000 | N/A | 25,914.50 | 25,914.50 | 0.00 |
| 13 | KRISTA WILSON | 7100-000 | 1,588.38 | 1,588.38 | 1,588.38 | 0.00 |
| 14 | CasZone LLC | 7100-000 | 7,500.00 | 35,722.89 | 35,722.89 | 0.00 |
| 15 | Catherine Garber | 7100-000 | 962.07 | 962.00 | 962.00 | 0.00 |
| 16U | Frederick County | 7100-000 | N/A | 946.61 | 0.00 | 0.00 |
| 16U-2 | Frederick County | 7100-000 | N/A | 953.61 | 0.00 | 0.00 |
| 16U-3 | Frederick County | 7100-000 | N/A | 953.61 | 953.61 | 0.00 |
| 17 | Rappahannock Electric Cooperative | 7100-000 | 9,688.88 | 36,011.89 | 36,011.89 | 0.00 |
| 19 | Actuarial Consulting Group | 7100-000 | N/A | 4,650.00 | 4,650.00 | 0.00 |
| 20 | Anthony O'Connor | 7100-000 | 954.15 | 954.15 | 954.15 | 0.00 |
| NOTFILED | Kleen-Machine Products | 7100-000 | 4,320.00 | N/A | N/A | 0.00 |
| NOTFILED | Kimberly Triplett | 7100-000 | 27.71 | N/A | N/A | 0.00 |
| NOTFILED | Klay Fogle | 7100-000 | 882.34 | N/A | N/A | 0.00 |
| NOTFILED | Lacey Householder | 7100-000 | 891.49 | N/A | N/A | 0.00 |
| NOTFILED | Meredith Tringali | 7100-000 | 13.86 | N/A | N/A | 0.00 |
| NOTFILED | Lydia Sovereign | 7100-000 | 137.15 | N/A | N/A | 0.00 |
| NOTFILED | AMY DOW | 7100-000 | 1,405.41 | N/A | N/A | 0.00 |
| NOTFILED | Kimberly Foltz | 7100-000 | 13.85 | N/A | N/A | 0.00 |
| NOTFILED | Maria del Carmen Serrano | 7100-000 | 13.85 | N/A | N/A | 0.00 |
| NOTFILED | McKensie Fisher | 7100-000 | 280.54 | N/A | N/A | 0.00 |
| NOTFILED | Julie G. Shaffer | 7100-000 | 36.94 | N/A | N/A | 0.00 |
| NOTFILED | Jessica Comstock | 7100-000 | 167.13 | N/A | N/A | 0.00 |
| NOTFILED | Jeremiah Yazon | 7100-000 | 339.34 | N/A | N/A | 0.00 |
| NOTFILED | Jeremy Wright | 7100-000 | 1,185.23 | N/A | N/A | 0.00 |
| NOTFILED | Jessica McFarland | 7100-000 | 69.26 | N/A | N/A | 0.00 |
| NOTFILED | Jill Harer | 7100-000 | 14.78 | N/A | N/A | 0.00 |
| NOTFILED | Jessica Straley | 7100-000 | 27.71 | N/A | N/A | 0.00 |
| NOTFILED | Michael Morse | 7100-000 | 569.93 | N/A | N/A | 0.00 |
| NOTFILED | Joseph R. Hughes | 7100-000 | 249.55 | N/A | N/A | 0.00 |
| NOTFILED | Josh Miller | 7100-000 | 989.67 | N/A | N/A | 0.00 |
| NOTFILED | Kevin Hummer | 7100-000 | 841.97 | N/A | N/A | 0.00 |
| NOTFILED | Morgan Holmes | 7100-000 | 123.71 | N/A | N/A | 0.00 |
| NOTFILED | Register Tapes Unlimited LP c/o Gilbert A. Moret | 7100-000 | 2,062.50 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Stephanie R. Vaughan | 7100-000 | 96.97 | N/A | N/A | 0.00 |
| NOTFILED | Stephanie Lowers | 7100-000 | 92.12 | N/A | N/A | 0.00 |
| NOTFILED | Shirley Dunsmore | 7100-000 | 921.59 | N/A | N/A | 0.00 |
| NOTFILED | Jayla Wayland | 7100-000 | 121.06 | N/A | N/A | 0.00 |
| NOTFILED | Robert Hudson | 7100-000 | 646.55 | N/A | N/A | 0.00 |
| NOTFILED | Samantha Scott | 7100-000 | 177.45 | N/A | N/A | 0.00 |
| NOTFILED | Sharon Bridges | 7100-000 | 14.78 | N/A | N/A | 0.00 |
| NOTFILED | Samuel Tyson | 7100-000 | 905.37 | N/A | N/A | 0.00 |
| NOTFILED | Susan Homan | 7100-000 | 49.87 | N/A | N/A | 0.00 |
| NOTFILED | Rebecca Ratlief | 7100-000 | 92.35 | N/A | N/A | 0.00 |
| NOTFILED | Nicole Burtlow | 7100-000 | 30.44 | N/A | N/A | 0.00 |
| NOTFILED | Sabrina Stanley | 7100-000 | 68.65 | N/A | N/A | 0.00 |
| NOTFILED | Nancy Seals | 7100-000 | 55.41 | N/A | N/A | 0.00 |
| NOTFILED | Jamie Everly | 7100-000 | 377.63 | N/A | N/A | 0.00 |
| NOTFILED | Zara Ryan | 7100-000 | 73.88 | N/A | N/A | 0.00 |
| NOTFILED | Nicole R. Olsen | 7100-000 | 14.78 | N/A | N/A | 0.00 |
| NOTFILED | Tara O'Neill | 7100-000 | 59.10 | N/A | N/A | 0.00 |
| NOTFILED | William Hernandez-Iglesias | 7100-000 | 1,007.52 | N/A | N/A | 0.00 |
| NOTFILED | The Northern Virginia Daily | 7100-000 | 566.50 | N/A | N/A | 0.00 |
| NOTFILED | Mikayla Weaver | 7100-000 | 173.67 | N/A | N/A | 0.00 |
| NOTFILED | Joshua Hummer Law | 7100-000 | 7,131.00 | N/A | N/A | 0.00 |
| NOTFILED | 1st Preferred Technologies | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Accurofit | 7100-000 | 8,261.00 | N/A | N/A | 0.00 |
| NOTFILED | Anthem Blue Cross Blue Shield | 7100-000 | 22,857.00 | N/A | N/A | 0.00 |
| NOTFILED | Amy D. Swann | 7100-000 | 83.12 | N/A | N/A | 0.00 |
| NOTFILED | Fit Tech & Assembly | 7100-000 | 667.50 | N/A | N/A | 0.00 |
| NOTFILED | Donna Ross | 7100-000 | 96.97 | N/A | N/A | 0.00 |
| NOTFILED | White Properties | 7100-000 | 34,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Mid-Atlantic Strategic Service | 7100-000 | 15,108.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Gas | 7100-000 | 4,826.32 | N/A | N/A | 0.00 |
| NOTFILED | Supplement RX | 7100-000 | 3,237.98 | N/A | N/A | 0.00 |
| NOTFILED | Indoor Media | 7100-000 | 1,875.00 | N/A | N/A | 0.00 |
| NOTFILED | Winchester Utilities | 7100-000 | 2,932.53 | N/A | N/A | 0.00 |
| NOTFILED | Heather Krupsky | 7100-000 | 29.56 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Diane C. Craig | 7100-000 | 27.71 | N/A | N/A | 0.00 |
| NOTFILED | Deborah Jeunette | 7100-000 | 154.30 | N/A | N/A | 0.00 |
| NOTFILED | Glass Doctor | 7100-000 | 9,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Amy Groah | 7100-000 | 44.34 | N/A | N/A | 0.00 |
| NOTFILED | Anna Kerry | 7100-000 | 220.11 | N/A | N/A | 0.00 |
| NOTFILED | Les Mills | 7100-000 | 1,654.00 | N/A | N/A | 0.00 |
| NOTFILED | Lyle Strosnyder | 7100-000 | 13,751.00 | N/A | N/A | 0.00 |
| NOTFILED | Austin Thrane | 7100-000 | 612.22 | N/A | N/A | 0.00 |
| NOTFILED | Crystal Kanotus | 7100-000 | 43.91 | N/A | N/A | 0.00 |
| NOTFILED | Marc Puritan | 7100-000 | 21,674.50 | N/A | N/A | 0.00 |
| NOTFILED | Crystal Boehmer | 7100-000 | 153.07 | N/A | N/A | 0.00 |
| NOTFILED | James Thompson | 7100-000 | 1,863.55 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $390,627.32 | $715,145.97 | $625,819.20 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 19-50548
**Case Name:** BODY RENEW WINCHESTER, LLC

**Trustee:** (660010) W. STEPHEN SCOTT, TRUSTEE
**Filed (f) or Converted (c):** 02/27/20 (c)
**§341(a) Meeting Date:** 04/13/20

**Period Ending:** 09/15/21

**Claims Bar Date:** 07/14/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 2 | Operating Account at First Bank, xxxxxx4501 | 56.18 | 0.00 | | 0.00 | FA |
| 3 | Payroll Account at First Bank, xxxxxx6601 | 1,461.90 | 0.00 | | 0.00 | FA |
| 4 | Savings Account at First Bank, xxxxxx3525 | 25.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Account at Bank of Clark County, xxxxxx | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Savings Account at Bank of Clarke County, xxxxxx | 75.14 | 0.00 | | 0.00 | FA |
| 7 | Delco Development | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Harleysville Life Insurance (See Footnote) | 1,000,000.00 | 1,000,000.00 | | 0.00 | 1,000,000.00 |
| 9 | A/R 90 days old or less. Face amount = $9,954.40 (See Footnote) | 9,954.40 | 9,954.40 | | 0.00 | FA |
| 10 | 7 desktop computers with monitor, keyboard, etc | 2,700.00 | 0.00 | | 0.00 | FA |
| 11 | audio equipment, surveillance cameras, DVR, etc | 7,000.00 | 0.00 | | 0.00 | FA |
| 12 | Other inventory or supplies: supplements etc | 600.00 | 0.00 | | 0.00 | FA |
| 13 | membership lists. | Unknown | 0.00 | | 0.00 | FA |
| 14 | gym equipment. (See Footnote) | 20,000.00 | 0.00 | OA | 0.00 | FA |
| 15 | United Bank DIP Operating Account (u) | 2,697.92 | 2,697.92 | | 2,697.92 | FA |
| 16 | Net Chpt. 11 Asset Sale Proceeds (u) | 308,424.42 | 308,424.42 | | 514,144.72 | FA |
| 16 | **Assets** **Totals** (Excluding unknown values) | **$1,353,144.96** | **$1,321,076.74** | | **$516,842.64** | **$1,000,000.00** |

RE PROP# 8   ASSET RESERVED PURSUANT TO 11 USC 554c
RE PROP# 9   Determined uncollectible after review of records.
RE PROP# 14  Notice of Proposed abandonment filed by Trustee on 5/29/2020 and no objections filed within 14 days;
             property deemed abandoned.

**Major Activities Affecting Case Closing:**

Mail estate tax returns and Prompt Determination Letters to IRS and VDT - 1/11/21
Meet with CPA to review and sign estate tax returns - 1/8/21
Employ Accountant for Trustee to prepare estate tax returns - application filed 10/28/20; Order entered 12/12/20
File Estate tax returns as may be required - preparation in process
Review Proofs of Claim after 7/14/20 bar date - done as of 9/25/20 with participation of Trustee's counsel
Check issued to Bob Stevens, Trustee for Body Renew Winchester II, LLC for allocated escrowed funds - issued 8/14/20

Printed: 09/15/2021 10:04 AM   V.20.36

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-50548
**Case Name:** BODY RENEW WINCHESTER, LLC

**Period Ending:** 09/15/21

**Trustee:** (660010) W. STEPHEN SCOTT, TRUSTEE
**Filed (f) or Converted (c):** 02/27/20 (c)
**§341(a) Meeting Date:** 04/13/20
**Claims Bar Date:** 07/14/20

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Order approving allocation of escrowed funds entered 8/16/20

File Motion to approve allocation of escrowed funds between Body Renew Winchester, LLC and Body Renew Winchester II, LLC - filed 7/16/20

File Notice of Abandonment of Property of Estate - done 5/29/20 (no objections)

Conduct adjourned 341 mtg on 6/10/20

Asset designation submitted 4/14/20

**Initial Projected Date Of Final Report (TFR):** January 31, 2021  **Current Projected Date Of Final Report (TFR):** April 9, 2021 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 19-50548  
**Case Name:** BODY RENEW WINCHESTER, LLC  
**Taxpayer ID #:** **-***5338  
**Period Ending:** 09/15/21  

**Trustee:** W. STEPHEN SCOTT, TRUSTEE (660010)  
**Bank Name:** Mechanics Bank  
**Account:** ******7566 - Checking Account  
**Blanket Bond:** $8,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/06/20 | | Campbell Flannery, P.C. | Net proceeds from sale to US Fitness during chpt 11 | | | 444,584.82 | | 444,584.82 |
| | {16} | | Chpt 11 Asset Sale Proceeds | 238,864.52 | 1229-000 | | | 444,584.82 |
| | {16} | | Funds due Body Renew Winchester II, LLC | 205,720.30 | 1229-000 | | | 444,584.82 |
| 03/06/20 | {16} | Campbell Flannery, P.C. | Net Chpt 11 Asset Sale Proceeds | | 1229-000 | 69,559.90 | | 514,144.72 |
| 04/28/20 | | To Account #******7567 | Transfer of funds to pay life insurance premium | | 9999-000 | | 720.00 | 513,424.72 |
| 04/30/20 | | From Account #******7567 | Transfer un-needed funds back to 66 | | 9999-000 | 720.00 | | 514,144.72 |
| 08/14/20 | 1 | Robert S. Stevens, Trustee for Body Renew Winchester, II, LL | Share of escrowed sale proceeds pursuant to Order#247 entered 8/6/20 | | 8500-002 | | 205,720.30 | 308,424.42 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fee | | 2600-000 | | 479.65 | 307,944.77 |
| 11/17/20 | | From Account #******7567 | TRANSFER FUNDS FROM 67 AND 66 | | 9999-000 | 1,947.92 | | 309,892.69 |
| 11/17/20 | 2 | Gentry Locke Rakes & Moore LLP | Attorney for Trustee Fees and Expenses approved by Order #264 | | | | 14,276.75 | 295,615.94 |
| | | | Ref # ORDER #264 FEES | 13,590.00 | 3210-000 | | | 295,615.94 |
| | | | Ref # ORDER #264 - EXPENSES | 686.75 | 3210-000 | | | 295,615.94 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fee | | 2600-000 | | 475.76 | 295,140.18 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fee | | 2600-000 | | 518.96 | 294,621.22 |
| 01/07/21 | | Transition Transfer Debit | Transition Transfer Debit | | 9999-000 | | 294,621.22 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 516,812.64 | 516,812.64 | $0.00 |
| | | | Less: Bank Transfers | | | 2,667.92 | 295,341.22 | |
| | | | **Subtotal** | | | 514,144.72 | 221,471.42 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$514,144.72** | **$221,471.42** | |

{} Asset reference(s)

Printed: 09/15/2021 10:04 AM    V.20.36

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 19-50548  
**Case Name:** BODY RENEW WINCHESTER, LLC  

**Taxpayer ID #:** **-***5338  
**Period Ending:** 09/15/21  

**Trustee:** W. STEPHEN SCOTT, TRUSTEE (660010)  
**Bank Name:** Mechanics Bank  
**Account:** ******7567 - Checking Account  
**Blanket Bond:** $8,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/28/20 | {15} | UNITED BANK | DEBTOR CLOSE OUT OF DIP OPERATING ACCOUNT | 1229-000 | 2,697.92 | | 2,697.92 |
| 04/28/20 | | From Account #******7566 | Transfer of funds to pay life insurance premium | 9999-000 | 720.00 | | 3,417.92 |
| 04/29/20 | 1 | HARLEYSVILLE LIFE INSURANCE | ANNUAL PREMIUM ON LIFE INS POLICY I00025274 | 2420-750 | | 720.00 | 2,697.92 |
| 04/30/20 | | To Account #******7566 | Transfer un-needed funds back to 66 | 9999-000 | | 720.00 | 1,977.92 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,972.92 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,967.92 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,962.92 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,957.92 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,952.92 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,947.92 |
| 11/17/20 | | To Account #******7566 | TRANSFER FUNDS FROM 67 AND 66 | 9999-000 | | 1,947.92 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,417.92 | 3,417.92 | $0.00 |
| | | | Less: Bank Transfers | | 720.00 | 2,667.92 | |
| | | | **Subtotal** | | 2,697.92 | 750.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,697.92** | **$750.00** | |

{} Asset reference(s)                                                                                    Printed: 09/15/2021 10:04 AM    V.20.36

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 19-50548 | | Trustee: | W. STEPHEN SCOTT, TRUSTEE (660010) |
|---|---|---|---|---|
| Case Name: | BODY RENEW WINCHESTER, LLC | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******7887 - Checking Account |
| Taxpayer ID #: | **-***5338 | | Blanket Bond: | $8,000,000.00  (per case limit) |
| Period Ending: | 09/15/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/07/21 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 294,621.22 | | 294,621.22 |
| 06/25/21 | 10003 | U.S. Trustee | Dividend paid 100.00% on $6,825.62, U.S. Trustee Quarterly Fees;  Reference:0548 | 2950-000 | | 6,825.62 | 287,795.60 |
| 06/25/21 | 10004 | KEITH A. SKINNER, CPA | Dividend paid 100.00% on $5,937.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 5,937.50 | 281,858.10 |
| 06/25/21 | 10005 | Internal Revenue Service | Dividend paid 100.00% on $32,992.41, Adminstrative Expense Claim 21-2  Reference: 5338 | 6950-000 | | 32,992.41 | 248,865.69 |
| 06/25/21 | 10006 | Frederick County | Dividend paid 100.00% on $4,193.56, Adminstrative Expense claim 16  Reference: 5338 | 6820-000 | | 4,193.56 | 244,672.13 |
| 06/25/21 | 10007 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $930.48, Administrative Post-Petition Wages  (includes tax and other withholdings);  Reference:5338 | 6950-720 | | 930.48 | 243,741.65 |
| 06/25/21 | 10008 | VIRGINIA DEPARTMENT OF TAXATION | Dividend paid 100.00% on $180.45, Administrative Post-Petition Wages  (includes tax and other withholdings);  Reference: 5338 | 6950-720 | | 180.45 | 243,561.20 |
| 06/25/21 | 10009 | Williams Mullen | Dividend paid 100.00% on $179.23, Special Counsel Expenses (Chapter 11);  Reference: ORDER#240 ENTERED 5/18/20 | 6220-610 | | 179.23 | 243,381.97 |
| 06/25/21 | 10010 | LUCY L. THOMSON PLLC | Dividend paid 100.00% on $55.00, Special Counsel Expenses (Chapter 11);  Reference: APPROVED BY DOC#265 | 6220-610 | | 55.00 | 243,326.97 |
| 06/25/21 | 10011 | Williams Mullen | Dividend paid 100.00% on $27,862.04, Special Counsel Fees (Chapter 11);  Reference: ORDER#240 ENTERED 5/18/20 | 6210-600 | | 27,862.04 | 215,464.93 |
| 06/25/21 | 10012 | LUCY L. THOMSON PLLC | Dividend paid 100.00% on $5,670.00, Special Counsel Fees (Chapter 11);  Reference: APPROVED BY DOC#265 | 6210-600 | | 5,670.00 | 209,794.93 |
| 06/25/21 | 10013 | Campbell Flannery PC (ADMINISTRATIVE) | Dividend paid 100.00% on $1,841.25, Attorney for D-I-P Fees (Chapter 11);  Reference: Order Doc#269 enterest 12/8/20 | 6210-160 | | 1,841.25 | 207,953.68 |
| 06/25/21 | 10014 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $258.90, Taxes on Administrative Post-Petition Wages  (employer payroll taxes);  Reference: 5338 Voided on 07/27/21 | 6950-730 | | 258.90 | 207,694.78 |
| 06/25/21 | 10015 | VIRGINIA EMPLOYMENT COMMISSION | Dividend paid 100.00% on $78.46, Taxes on Administrative Post-Petition Wages  (employer | 6950-730 | | 78.46 | 207,616.32 |

Subtotals :        $294,621.22        $87,004.90

{} Asset reference(s)

Printed: 09/15/2021 10:04 AM    V.20.36

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 19-50548 | | Trustee: | W. STEPHEN SCOTT, TRUSTEE (660010) |
|---|---|---|---|---|
| Case Name: | BODY RENEW WINCHESTER, LLC | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******7887 - Checking Account |
| Taxpayer ID #: | **-***5338 | | Blanket Bond: | $8,000,000.00  (per case limit) |
| Period Ending: | 09/15/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ / Disbursements $ | Checking Account Balance |
| | | | payroll taxes);  Reference: 5338 | | | |
| 06/25/21 | 10016 | Amy Dow | Dividend paid 100.00% on $3,138.24; Claim# 22; less taxes withheld:$194.57, Fed Income Tax $690.41, Medicare $45.50, VA Income Tax $180.45 = Net of $2,027.31 | 5300-000 | 2,027.31 | 205,589.01 |
| 06/25/21 | 10017 | Internal Revenue Service | Dividend paid  60.94% on $290,258.37; Claim# 5P-2; Filed: $290,258.37; Reference: 5338 | 5800-000 | 176,904.09 | 28,684.92 |
| 06/25/21 | 10018 | Frederick County | Dividend paid  60.94% on $15,419.43; Claim# 16P-3; Filed: $15,419.43; Reference: 5338 | 5800-000 | 9,397.70 | 19,287.22 |
| 06/25/21 | 10019 | W. STEPHEN SCOTT, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION $18,806.12,  EXPENSES $481.10 | | 19,287.22 | 0.00 |
| | | | Dividend paid 100.00%    18,806.12 on $18,806.12;  Claim# TEEFEE; Filed: $18,806.12 | 2100-000 | | 0.00 |
| | | | Dividend paid 100.00%    481.10 on $481.10;  Claim# TEEEXP; Filed: $481.10 | 2200-000 | | 0.00 |
| 07/27/21 | 10014 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $258.90, Taxes on Administrative Post-Petition Wages  (employer payroll taxes);  Reference: 5338 Voided: check issued on 06/25/21 | 6950-730 | -258.90 | 258.90 |
| 07/27/21 | 10020 | UNITED STATES TREASURY/INTERNAL REVENUE SERVICE | E'er taxes on wage claim paid - FICA 194.57; Medicare $45.50; EIN 39-2075338 | 6950-730 | 240.07 | 18.83 |
| 07/27/21 | 10021 | UNITED STATES TREASURY/INTERNAL REVENUE SERVICE | 2021 FUTA ON WAGE CLAIM PAID; EIN 39-2075338 | 6950-730 | 18.83 | 0.00 |

|  |  | ACCOUNT TOTALS | 294,621.22 | 294,621.22 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 294,621.22 | 0.00 | |
|  |  | **Subtotal** | **0.00** | **294,621.22** | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | **NET Receipts / Disbursements** | **$0.00** | **$294,621.22** | |

{} Asset reference(s)    Printed: 09/15/2021 10:04 AM    V.20.36

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| **Case Number:** | 19-50548 | | **Trustee:** | W. STEPHEN SCOTT, TRUSTEE (660010) |
|---|---|---|---|---|
| **Case Name:** | BODY RENEW WINCHESTER, LLC | | **Bank Name:** | Metropolitan Commercial Bank |
| | | | **Account:** | ******7887 - Checking Account |
| **Taxpayer ID #:** | **-***5338 | | **Blanket Bond:** | $8,000,000.00 (per case limit) |
| **Period Ending:** | 09/15/21 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7566** | 514,144.72 | 221,471.42 | 0.00 |
| **Checking # ******7567** | 2,697.92 | 750.00 | 0.00 |
| **Checking # ******7887** | 0.00 | 294,621.22 | 0.00 |
| | $516,842.64 | $516,842.64 | $0.00 |

{} Asset reference(s)                  Printed: 09/15/2021 10:04 AM     V.20.36